**In The Interest of D.J.C., S.W. (Natural Mother), Appellant,**

v.

**Juvenile Officer; MISSOURI CHILDREN'S DIVISION, Respondent.**

**No. WD 74476.**

Missouri Court of Appeals, Western District.

Aug. 7, 2012.

Nicholas E. Mebruer, Lebanon, MO; Guardian; Christian J. Rasmussen, Camdenton, MO, for appellant.

Robert J. Seek, Eldon, MO, Juvenile Officer; Gary L. Gardner, Jefferson City, MO, for respondent.

Before Division One: JAMES M. SMART, Presiding Judge, LISA WHITE HARDWICK and GARY D. WITT, Judges.

## ORDER

PER CURIAM.

S.W. appeals the juvenile court's judgment assuming jurisdiction over her daughter, D.J.C., and committing her to the custody of the Miller County Children's Division for placement in foster care. S.W. claims the evidence is insufficient to support the court's finding that D.J.C. is in need of care and treatment. For reasons explained in a Memorandum provided to the parties, we find no error and affirm the judgment.

AFFIRMED. Rule 84.16(b).